IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Brandon Davis, et al.**, | Case No. 1:21-cv-80 |
| Plaintiffs, | |
| vs. | Judge Douglas R. Cole |
| | Magistrate Judge Karen L. Litkovitz |
| **City of Cincinnati, et al.**, | |
| Defendants. | **JOINT MOTION TO STAY PROCEEDINGS** |

The Parties, through counsel, respectfully and jointly request the Court to stay proceedings in the case. The Parties previously jointly moved for an amendment to the case calendar in light of the progress made by the Parties toward final settlement and resolution of the case, which the Court granted on November 14, 2022 in its Fourth Amended Calendar Order (Doc. 35).

The trial court has broad discretion to issue a stay of discovery when doing so will allow for resolution of the case. *See Gettings v. Bldg. Laborers Local 310 Fringe Benefits Fund*, 349 F.3d 300, 304 (6th Cir. 2003). As the Parties continue to finalize settlement, and in order to conserve the Court's time and resources, the Parties request that the dates of the current calendar order be vacated and discovery stayed.

This request is made for good cause and not for undue delay, and it will not prejudice any party.

Respectfully submitted,

| | |
|---|---|
| */s/ Rebecca P. Salley* | FRIEDMAN, GILBERT + GERHARDSTEIN |
| Rebecca P. Salley (0097269) | 35 E. 7th Street, Suite 201 |
| Jacqueline Greene (0092733) | Cincinnati, Ohio 45202 |
| Alphonse A. Gerhardstein (0032053) | |

| | |
|---|---|
| T: 513-572-4200<br>F: 216-621-0427<br>rebecca@FGGfirm.com<br>jacqueline@FGGfirm.com<br>al@FGGfirm.com<br><br>Sarah Gelsomino (0084340)<br>FRIEDMAN, GILBERT + GERHARDSTEIN<br>50 Public Square, Suite 1900<br>Cleveland, Ohio 44113<br>T: 216-241-1430<br>F: 216-621-0427<br>sarah@FGGfirm.com<br><br>*Counsel for Plaintiffs* | ANDREW W. GARTH (0088905)<br>City Solicitor<br><br>*/s/ Mark Manning (by email 1/30/23)*<br>Mark R. Manning (0088331)<br>Scott M. Heenan (0075734)<br>Shannon Price (0100744)<br>     *(Admitted pro hac vice)*<br>801 Plum Street, Room 214<br>Cincinnati, Ohio 45202<br>T: (513) 352-4576<br>F: (513) 352-1515<br>shannon.price@cincinnati-oh.gov<br>mark.manning@cincinnati-oh.gov<br>scott.heenan@cincinnati-oh.gov<br>*Counsel for Defendants*<br><br>*/s/ Kimberly A. Rutowski (by email 1/30/23)*<br>Kimberly A. Rutowski (0076653)<br>Lazarus & Lewis, LLC<br>30 Garfield Place, Suite 915<br>Cincinnati, Ohio 45202<br>Phone: (513) 721-7300<br>Fax: (513) 721-7008<br>Email: krutowski@hllmlaw.com<br>*Attorney for Officers Weston Voss and Emily Heine Ward in their individual capacities* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Rebecca Salley*
> Rebecca Salley (0097269)
> One of the Attorneys for Plaintiffs