## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Brandon Davis, et al.,** | Case No. 1:21-cv-80 |
| Plaintiffs, | Judge Douglas R. Cole |
| vs. | |
| **City of Cincinnati, et al.,** | Magistrate Judge Karen L. Litkovitz |
| Defendants. | **STIPULATED DISMISSAL** |

Pursuant to the terms of their settlement agreement and under Federal Rule of Civil Procedure 41(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, each party to bear their own costs and fees. The parties request that the Court enter an order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

*/s/ Jacqueline Greene*
Jacqueline Greene (0092733)
Rebecca P. Salley (0097269)
Alphonse A. Gerhardstein (0032053)
FRIEDMAN GILBERT + GERHARDSTEIN
35 E. 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200 / F: 216-621-0427
jacqueline@FGGfirm.com
rebecca@FGGfirm.com
al@FGGfirm.com
*Counsel for Plaintiffs*

EMILY SMART WOERNER (0088905)
City Solicitor
By: */s/ Mark R. Manning (per consent)*
Mark R. Manning (0088331)
Scott M. Heenan (0075734)
Shannon Price (0100744)
801 Plum Street, Room 214
Cincinnati, Ohio 45202
T: (513) 352-4576 / F: (513) 352-1515
shannon.price@cincinnati-oh.gov
mark.manning@cincinnati-oh.gov
scott.heenan@cincinnati-oh.gov
*Counsel for Defendants*

*/s/ Kimberly A. Rutowski (per consent)*
Kimberly A. Rutowski (0076653)
LAZARUS & LAWSON, LLC
525 Vine Street, Suite 2210
Cincinnati, Ohio 45202
T: (513) 721-7300 / F: (513) 721-7008
krutowski@hllmlaw.com
*Attorney for Defendants Voss and Heine Ward in their individual capacities*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jacqueline Greene*
Jacqueline Greene (0092733)
One of the Attorneys for Plaintiffs